# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| DAVID ELDON TALBERT, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00073-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| JIM PLAYER, et al, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 20, 2016 Order.

October 20, 2016

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court